## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**United States of America,**   Civil No. 07-mc-033 (MJD/SRN)

      **Petitioner,**

  v.   <u>**O R D E R**</u>

**Open Access Technology
International Inc.,**

      **Respondent.**

---

    Roylene A. Champeaux, Esq., Office of the United States Attorney, 300 South 4th Street, Suite 600, Minneapolis, MN 55415, on behalf of Petitioner.

    No appearance on behalf of Respondent.

---

    This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED THAT**:

    1.    The Court adopts the Report and Recommendation in its entirety;

    2.    The Petition to Enforce Internal Revenue Service Summons (Doc. No. 1) is **GRANTED**; and

    3.    Respondent Open Access Technology International Inc. shall obey the summons and each and every requirement thereof; produce records as required and called for by the terms of the summons before Revenue Agent Mentz or any other proper officer of the IRS, no later than August 20, 2007, at 1550 American Blvd. East, Suite 500, Bloomington, Minnesota 55425;

and appear for the purpose of giving testimony and records concerning its federal tax liabilities for the years 2002 through 2005.


Dated: July 20, 2007

                                                      s/Michael J. Davis
                                                     MICHAEL J. DAVIS
                                                     United States District Court Judge